THEODORE B. FOULKE, Respondent, v. EUGENE THALMESSIN-GER, Appellant.

*Foulke* v. *Thalmessinger*, 1 App. Div. 598, affirmed.
(Argued March 8, 1899; decided March 24, 1899.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the first judicial department, entered March 7, 1896, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Circuit, without a jury, and an order denying a motion for a new trial.

*David Gerber* and *I. M. Dittenhoefer* for appellant.

*Charles A. Decker* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur:

---

JOHN KAM, Respondent, v. HENRIETTA BENJAMIN, Appellant, Impleaded with Others.

*Kam* v. *Benjamin*, 10 App. Div. 419, affirmed.
(Argued March 8, 1899; decided March 24, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 12, 1896, reversing a judgment in an action to foreclose a mortgage entered upon a decision of the court on trial at Special Term.

*Rufus O. Catlin* for appellant.

*Richard T. Greene* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.